IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RICKEY VICE, *on behalf of himself and all others similarly situated*, | ) ) ) |
| Plaintiff, | ) Case No. 5:19-cv-04038-DDC-ADM ) |
| vs. | ) **PLAINTIFF'S MOTION FOR** ) **DEFAULT JUDGMENT** |
| AMERICAN RECEIVABLES AGENCY, LLC, | ) ) ) |
| Defendant. | ) ) |

Plaintiff Rickey Vice ("Plaintiff") respectfully moves this Honorable Court for an Order of Default Judgment against Defendant American Receivables Agency, LLC ("Defendant"), as provided by Rule 55(b) of the Federal Rules of Civil Procedure, in the amount of $4,590.00, based upon the Declaration of Plaintiff's counsel, Anthony LaCroix, attached hereto, and for the reasons set forth below. Plaintiff asks that judgment bear interest at the judgment rate from the date of entry until paid, as well as any additional relief this Court deems necessary and proper. Plaintiff does not request a hearing on damages.

This Court should enter Default Judgment against Defendant, and in favor of Plaintiff, because:

1. The Clerk of this Court entered Default against Defendant on November 13, 2019. Doc. 5.

2.      Defendant has not appeared in this action, and is not entitled to notice of this Motion for Default Judgment, although same is being provided.

3.      The Complaint in this action sets out a valid claim for damages under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.  By virtue of the entry of Default on November 19, 2019, Defendant may not challenge any of the factual allegations supporting those claims.

4.      Defendant is neither an infant, nor an incompetent person, within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure.

5.      Defendant is not currently serving in the military as defined in the Servicemembers Civil Relief Act.

6.      This motion is based upon all pleadings and papers on file in this action, the Clerk's Entry of Default, the attached declaration, and whatever other evidence the Court requests.

Accordingly, Plaintiff moves for default judgment against Defendant in the amount of $4,590.00, comprising statutory damages in the amount of $1,000.00 in accordance with 15 U.S.C. § 1692(k)(a)(2)(A), $3,000.00 in reasonable attorney's fees and court costs in the amount of $590.00 in accordance with 15 U.S.C. § 1692(k)(a)(3).

Dated: November 19, 2019

        Respectfully submitted,

        /s/ Anthony LaCroix
        Anthony LaCroix
        KS Bar No. 24279
        1600 Genessee, Ste. 956
        Kansas City MO 64102

Telephone:  (816) 399-4380
Fax:  (816) 399-4380
Email:  tony@lacroixlawkc.com
Attorney for Plaintiff

Correspondence Address:
Thompson Consumer Law Group, PC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206

## **CERTIFICATE OF SERVICE**

I certify that on November 19, 2019, I filed the foregoing document with the Court using CM/ECF and mailed a copy of the foregoing document to defendant via U.S. Mail as follows:

American Receivables Agency, LLC
c/o Derek Wright
9602 Iron Bridge Road Suite 204
Chesterfield, VA 23832

s/Anthony LaCroix
Anthony LaCroix

3