## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**RICKEY VICE,**

      **Plaintiff,**

v.

**AMERICAN RECEIVABLES AGENCY, LLC,**

      **Defendant.**

Case No. 19-4038-DDC-ADM

## DEFAULT JUDGMENT

Before the court is plaintiff Rickey Vice's Motion for Default Judgment (Doc. 12). Plaintiff filed this action under the Fair Debt Collection Practices Act ("FDCPA") on behalf of himself and others similarly situated on May 17, 2019.[1]  Doc. 1.  Defendant American Receivables Agency, LLC was properly served with process (Doc. 5) and had until September 17, 2019 to file a responsive pleading.  Defendant has not filed an answer or any other responsive pleading.  *See* Doc. 8 ¶ 7.  Therefore, defendant is in default under Fed. R. Civ. P. 55 and so, the Clerk of Court entered a default against defendant on November 13, 2019 (Doc. 10).

Plaintiff's motion asks the court to award $1,000 in statutory damages under 15 U.S.C. § 1692k(a)(2)(A), $3,000 in attorney's fees, and $590 in court costs.  When ruling on a motion

---

[1] Plaintiff filed this action on behalf of himself and all others similarly situated, seeking to represent a class of "persons with a Kansas address to whom Defendants" sent collection letters that, plaintiff alleges, violated the FDCPA.  Compl. ¶ 68; *see also id.* ¶¶ 1, 69–84.  Plaintiff never has moved the court to certify a class under Fed. R. Civ. P. 23.  Nor has any other party moved to join as a plaintiff. Plaintiff's Motion for Default Judgment never refers to his class claims, and it only seeks a default judgment and damages against defendant for plaintiff's individual FDCPA claims.  The court thus concludes that plaintiff has abandoned his class claims.  And, even if he hasn't, the court cannot enter a default judgment in favor of parties who never have joined this action.  *See Horne v. Scott's Concrete Contr., LLC*, 12-cv-01445-WYD-KLM, 2013 WL 3713905, at *1 n.1 (D. Colo. Apr. 24, 2013) ("The court has found no authority for entry of a default judgment on behalf of a non-party.").  Thus, the court's Default Judgment applies only to plaintiff Rickey Vice.

for default judgment, the court takes the factual allegations in the complaint as true, "except for those relating to the amount of damages." *Hermeris, Inc. v. McBrien*, No. 10-2483-JAR, 2012 WL 1091581, at *1 (D. Kan. Mar. 30, 2012). The court may award damages "'only if the record adequately reflects the basis for [the] award via a hearing or a demonstration by detailed affidavits establishing the necessary facts.'" *DeMarsh v. Tornado Innovations, L.P.*, No. 08-2588-JWL, 2009 WL 3720180, at *2 (D. Kan. Nov. 4, 2009) (quoting *Adolph Coors Co. v. Movement Against Racism & the Klan*, 777 F.2d 1538, 1544 (11th Cir. 1985) (further citations and internal quotation marks omitted)).

Plaintiff filed a declaration establishing the amount of the requested damages and attorney's fees with his Motion for Default Judgment. Doc. 12-1. The court has reviewed plaintiff's supporting materials and finds that it and the record as a whole provides adequate detail to reflect the basis for the award requested. *See Hermeris, Inc.*, 2012 WL 1091581, at *2 (finding no hearing was required when the record "contains sufficiently detailed affidavits and other documents by which the [c]ourt can determine damages without an evidentiary hearing"). Also, 15 U.S.C. § 1692k(a)(3) requires the court to award "costs of the action, together with a reasonable attorney's fee" to a successful plaintiff. The court thus awards plaintiff a reasonable attorney's fee of $3,000, and costs of $590.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff's Motion for Default Judgment (Doc. 12) is granted. Under Fed. R. Civ. P. 55 and Local Rule 77.2, the Clerk of the Court is instructed to enter judgment against defendant American Receivables Agency, LLC in the amount of $4,590 plus post-judgment interest at the rate permitted by law.

**IT IS SO ORDERED**.

**Dated this 20th day of December, 2019, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**
